# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
No.: 20-po-050 BRT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Violation No.: 7467712 |
| Plaintiff, | |
| v. | **GOVERNMENT'S MOTION TO DISMISS** |
| Sarah C. Harris, | |
| Defendant. | |

The United States of America, by and through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Harry Jacobs, Assistant United States Attorney, move the Court for its Order:

- Dismissing and Closing Violation No. 7467712 with prejudice (CVB Disposition Code: DM).

Pursuant to Crime Victim Rights Act, 18 U.S. Code § 3771, the government provided notice of this motion to the victim.

Dated: July 29, 2020

Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

*s/ Harry M. Jacobs*

HARRY M. JACOBS
Assistant U.S. Attorney
United States Attorney's Office
300 South Fourth Street, Suite 600
Minneapolis, MN 55415
Phone: 612-664-5600
Email: harry.jacobs@usdoj.gov